In the Matter of the Application of JULIA L. BUTTER-
FIELD, Individually and as Trustee under the Will of
FREDERICK P. JAMES, Deceased, Appellant, for Per-
mission to Sell Certain Real Estate.

EDMUND L. MOONEY et al., Respondents.

*Matter of Butterfield,* 149 App. Div. 948, affirmed.
(Argued June 5, 1912; decided June 21, 1912.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the first judicial department,
entered March 30, 1912, which affirmed an order of Spe-
cial Term denying a motion for leave to lease or sell real
property belonging to a trust estate.

*Albert Francis Hagar* for appellant.

*Andrew J. Shipman, Edmund L. Mooney* and *John
B. B. Fiske* for respondents.

Order affirmed, with costs; no opinion.
Concur: GRAY, WERNER, WILLARD BARTLETT, HIS-
COCK, CHASE and COLLIN, JJ. Absent: CULLEN, Ch. J.